IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01304-WYD-BNB

TRAVIS POLUS; and
REBECCA POLUS,

    Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant(s).

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the Stipulation of Dismissal With Prejudice, filed by the parties on October 27, 2006 (docket #14), pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Having reviewed the Stipulation and the file in this matter, I find that the claims and causes of action in this case should be **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

    Dated:  November 6, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge